UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUN 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

United States of America,                    )     Case No. 19-CR-0259 YGR
                                             )
          *Plaintiff*,                       )     STIPULATED ORDER EXCLUDING TIME
          v.                                 )     UNDER THE SPEEDY TRIAL ACT
                                             )
Demetrius Kim                                )
          *Defendant(s)*.                    )

For the reasons stated by the parties on the record on 6/27/19_____, the court excludes time under the Speedy
Trial Act from 6/27/19_____ to 7/11/19_____ and finds that the ends of justice served by the
continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

_____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
         *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____    The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
         defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
         or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
         itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
         taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
         counsel's other scheduled case commitments, taking into account the exercise of due diligence.
         *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓       Failure to grant a continuance would unreasonably deny the defendant the reasonable time
         necessary for effective preparation, taking into account the exercise of due diligence.
         *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____    With the consent of the defendant, and taking into account the public interest in the prompt
         disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first
         paragraph and — based on the parties' showing of good cause — finds good cause for extending
         the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
         extending the 30-day time period for an indictment under the Speedy Trial Act (based on the
         exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: June 27, 2019_____          _____
                                     DONNA M. RYU
                                     United States Magistrate Judge

STIPULATED: _____        _____
            Attorney for Defendant   Assistant United States Attorney

v. 1/10/2019